IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
CASE NO. 2:17-CV-56

| | |
|---|---|
| CAPE HATTERAS ELECTRIC MEMBERSHIP CORPORATION, an electric membership corporation organized and existing pursuant to N.C. Gen. Stat. Chapter 117, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | ) |
| v. | )<br>) |
| NATIONWIDE MUTUAL INSURANCE COMPANY, | )<br>) |
| Defendant. | )<br>) |

### AGREED NOTICE OF SETTLEMENT AGREEMENT IN PRINCIPLE

Plaintiff and Defendant have reached a settlement agreement in principle and respectfully request the court to postpone case deadlines in order to allow the parties thirty (30) days to finalize the settlement agreement and dismiss the lawsuit with prejudice.

Respectfully submitted, this the 19th day of October, 2018.

**NEXSEN PRUET, PLLC**

/s/ James W. Bryan
James W. Bryan
jbryan@nexsenpruet.com
N.C. State Bar No. 16575
NEXSEN PRUET, PLLC
701 Green Valley Road, Suite 100
Post Office Box 3463
Greensboro, NC 27402
Telephone: (336) 373-1600
Facsimile: (336) 273-5357
*Attorney for Plaintiff*

1

**BROWN, CRUMP, VANORE & TIERNEY, L.L.P.**

/s/ R. Scott Brown
R. Scott Brown
sbrown@bcvtlaw.com
N.C. State Bar No. 13435
BROWN, CRUMP, VANORE &
TIERNEY, L.L.P.
Post Office Box 1729
Raleigh, NC 27602
Telephone: (919) 835-0909
Facsimile: (919) 835-0915
*Attorney for Defendant*