IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
CASE NO. 2:17-CV-56-D

| | |
|---|---|
| CAPE HATTERAS ELECTRIC MEMBERSHIP CORPORATION, an electric membership corporation organized and existing pursuant to N.C. Gen. Stat. Chapter 117,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>    Defendant. | STIPULATION OF DISMISSAL<br>(with prejudice) |

The parties, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action, including all claims contained in the Complaint, with prejudice. Each party shall bear its own costs.

This the 15th day of November, 2018.

SO STIPULATED.

| | |
|---|---|
| /s/ W. John Cathcart, Jr. | /s/ James W. Bryan |
| W. JOHN CATHCART, JR. | JAMES W. BRYAN |
| Brown, Crump, Vanore & Tierney, LLP | Nexsen Pruet, PLLC |
| N.C. State Bar No.: 28255 | N.C. State Bar No.: 16575 |
| Post Office Box 1729 | Post Office Box 3463 |
| Raleigh, North Carolina 27602-1729 | Greensboro, NC 27402 |
| Telephone: 919-835-0909 | Telephone: (336) 373-1600 |
| *Attorney for Nationwide Mutual Ins. Co.* | *Attorney for Cape Hatteras EMC* |

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of the foregoing document was served on the following parties to this action by: ( ) Federal Express ( ) hand delivery (✓) by Email and by service through the CM/ECF system:

    James W. Bryan
    Nexsen Pruet PLLC
    701 Green Valley Road, Suite 100
    P.O. Box 3463
    Greensboro, NC 27402
    Email: jbryan@nexsenpruet.com

This the 15th day of November, 2018.

**BROWN, CRUMP, VANORE & TIERNEY, L.L.P.**

BY:   /s/ W. John Cathcart, Jr.
    W. JOHN CATHCART, JR.
    N.C. State Bar No.: 28255
    Post Office Box 1729
    Raleigh, North Carolina 27602-1729
    Telephone: 919-835-0909
    Facsimile: 919-835-0915
    *Attorney for Nationwide Mutual Ins. Co.*